COURT OF APPEALS OF THE NAVAJO NATION

April 4, 1983

IN THE MATTER OF THE ADMISSION TO THE
NAVAJO NATION BAR ASSOCIATION OF

Donald JUNEAU, Donald R. WHARTON,
Peter BREEN, Rosemary Ann BLANCHARD,
Susan K. DRIVER, Craig Jones DORSAY,
Theodore William BARUDIN, Lawrence A. ASCHENBRENNER,
Gary Edwin LARANCE, and Bruce J. FRIEDMAN

Upon the Motion of the Navajo Nation Bar Association for the admission of the above-named persons to said association and for the admission of the above-named persons to the practice of law before the Courts of the Navajo Nation, and the above-named persons having been administered the Oath and otherwise qualifying for admission, and it appearing that the Motion is well-founded and should be granted;

IT IS THUS HEREBY ORDERED that the Motion is hereby granted and the Clerk of Court of Appeals is hereby instructed to enter their names upon the rolls of those persons admitted to practice before the Courts of the Navajo Nation.